UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ELMIRA BLACKMON,

              Plaintiff,

    v.

CVS PHARMACY, INC., a Rhode Island corporation; MARK JIANNINO, an individual; DOES 1-10, business entities; DOES 11-20, individuals; and DOES 21-30, inclusive,

              Defendants.

Case No.  2:17-cv-01185-AB-AJW

**[~~PROPOSED~~] ORDER RE JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**

Complaint Filed: January 10, 2017

## ORDER

BASED ON THE PARTIES' JOINT STIPULATION, THIS ACTION IS DISMISED AND EACH PARTY SHALL BEAR, HIS AND ITS OWN FEES AND COSTS

**IT IS SO ORDERED.**

Dated:  February 28, 2018

_____

HONORABLE ANDRÉ BIROTTE JR.
Judge Of The United States District Court

Firmwide:152903090.1 086794.1029

1.